NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JORGE ALEJANDRO ROJAS
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582
rojas.jorge96@gmail.com
Plaintiff in Pro Se

ATTORNEY(S) FOR: Plaintiff Pro Se

**FILED**

CLERK, U.S. DISTRICT COURT

**08/06/2026**

CENTRAL DISTRICT OF CALIFORNIA

BY_____mba_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JORGE ALEJANDRO ROJAS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:26-cv-02148-JVS (ADSx) |
| v. | |
| 3-D TREE SERVICES, INC, ROBERT DURAN, and ROBERT CAMARGO, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for               Plaintiff Jorge Alejandro Rojas
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jorge Alejandro Rojas | Plaintiff |
| 3-D TREE SERVICES, INC | Defendant |
| ROBERT DURAN | Defendant |
| ROBERT CAMARGO | Defendant |

08/06/2026

Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES