## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jorge Alejandro Rojas

**PLAINTIFF(S)**

v.

3-D Tree Services, Inc. et al

**DEFENDANT(S).**

| CASE NUMBER |
| --- |
| 8:26-cv-02148-JVS-ADS |

## ORDER RETURNING CASE
## FOR REASSIGNMENT

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

August 11, 2026

Date

United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___John W. Holcomb___ for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials ___JWH___ after the case number in place of the initials of the prior judge so that the case number will read  8:26-cv-02148-JWH-(ADSx)
This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☒ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (06/23)                ORDER RETURNING CASE FOR REASSIGNMENT