Name:   Jorge Alejandro Rojas

Address: 557 Cambridge Way

Bolingbrook, IL 60440

Phone Number: 4242191582

Email Address:  rojas.jorge96@gmail.com

*Pro Se*

FILED

CLERK, U.S. DISTRICT COURT

08/12/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____BOM_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS | CASE NUMBER |
| PLAINTIFF(S) | 8:26-cv-02148-JWH-ADSx |
| v. | |
| 3-D TREE SERVICES, INC, ROBERT DURAN, and ROBERT CAMARGO | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1.  I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2.  I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3.  I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4.  I understand that I may not e-file on behalf of any other person in this or any other case.

5.  I have regular access to the technical requirements necessary to e-file successfully:
    *Check all that apply.*

    ☑ A Computer with internet access.

    ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    ☑ A scanner to convert documents that are only in paper format into electronic files.

    ☑ A printer or copier to create required paper copies such as chambers copies.

    ☑ A word-processing program to create documents; and

    ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  8/12/2026                    Signature: _____

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING