| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | **(424) 219-1582** | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. 3-D Tree Services, Inc | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:26-cv-02148-JWH - Rojas, Jorge Alejandro v. 3-D |
| **Proof of Service** | | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

**SUMMONS; Complaint, Certificate of Interested Parties, Notice of Case Assignment, ADR Information Packet, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order**

2. Party Served: **ROBERT CAMARGO By Serving Robert Duran, Agent for Service**

3. Address: **2823 E Rose Ave Orange, CA 92867**

On: **9/9/2026** At: **07:40 PM**

4. I served the Party named in item 2
By substituted service:
**Rigoberto Duran (Gender: M Age: 50 Height: 5'8 Weight: 180 Race: Hispanic Hair: black Other: )**
**Father**

(Residence) A person at least 18 years of age at the usual place of abode of the person served.
I informed him or her of the general nature of the papers.

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

a. Name: **Leon Galliano**, County: **Orange,** Reg No: **1823**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **65.40**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Leon Galliano** Date: **09/10/2026**

<table>
<tr><td colspan="3">ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER<br>**(424) 219-1582**<br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented**</td><td rowspan="3">FOR COURT USE ONLY</td></tr>
<tr><td colspan="3">CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701</td></tr>
<tr><td colspan="3">SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. 3-D Tree Services, Inc</td></tr>
<tr><td>DATE:</td><td>TIME:</td><td>DEP./DIV.</td><td>CASE NUMBER:<br>8:26-cv-02148-JWH - Rojas, Jorge Alejandro v. 3-D</td></tr>
<tr><td colspan="3">**Proof of Service by Mail**</td><td>Ref. No. or File No:</td></tr>
</table>

I am a citizen of the United States and employed in the County of **Sacramento** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **09/10/2026** I served the within:

***SUMMONS; Complaint, Certificate of Interested Parties, Notice of Case Assignment, ADR Information Packet, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order***

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Sacramento, CA**, California, addressed as follows:
**ROBERT CAMARGO**
**2823 E Rose Ave Orange, CA 92867**

Person attempting service:

a. Name: **Jashua "JJ" Singh**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **65.40**
e. I am:
(3) [X] a registered California process server:
(i) [X] Employee
(ii) Registration No.: **2014-006**
(iii) County: **Sacramento**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

River City ATTORNEY SUPPORT, INC.

**Jashua "JJ" Singh** Date: **09/10/2026**