Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>3-D TREE SERVICES, INC, ROBERT DURAN, and ROBERT CAMARGO,<br><br>Defendants. | Case No. 8:26-cv-02148-JWH-ADSx<br><br>Hon. John W. Holcomb |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the entry of default against Defendant 3-D TREE SERVICES, INC.

Defendant 3-D TREE SERVICES, INC was served with the Complaint on September 9, 2026. Dkt. 13. Defendant was served at the address listed on file with the California Secretary of State for the Registered Agent & Principal Office of Corporation, pursuant to California Code of Procedure 415.20.

The answer deadline was September 30, 2026. To date, Defendant 3-D TREE SERVICES, INC has not served an answer, motion, or other response to the

Complaint. Defendant 3-D TREE SERVICES, INC is not in the military nor incompetent.

Plaintiff requests the Clerk enter Default against Defendant 3-D TREE SERVICES, INC.

Respectfully submitted,

Dated: October 1, 2026.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify that on October 1, 2026 I served a copy of this filing on each party via the method indicated.

Defendants 3-D TREE SERVICES, INC, Robert Duran, and Robert Camargo will be served via Traditional Mail: 3-D TREE SERVICES, INC at ROBERT DURAN, 2823 E ROSE AVE, ORANGE, CA, 92867-7353; Robert Duran at 2823 E ROSE AVE, ORANGE, CA, 92867-7353; Robert Camargo at 2823 E ROSE AVE, ORANGE, CA, 92867-7353.

Respectfully submitted,

Dated: October 1, 2026.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582