Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,

Plaintiff,

vs.

3-D TREE SERVICES, INC, ROBERT DURAN, and ROBERT CAMARGO,

Defendants.

Case No. 8:26-cv-02148-JWH-ADSx

Hon. John W. Holcomb

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the entry of default against Defendant Robert Camargo.

Defendant Robert Camargo was served with the Complaint on September 9, 2026. Dkt. 14. Copies of the summons and complaint were then mailed on September 10, 2026. Dkt. 14.

Defendant is an officer of the corporate entity and has listed the address that he was served at with the California Secretary of State. A co-resident was served, and a copy of the documents were also mailed. Including the additional ten (10) days

provided by California law, the answer deadline was October 13, 2026. To date, Defendant Robert Camargo has not served an answer, motion, or other response to the Complaint. Defendant Robert Camargo is not in the military nor incompetent.

Plaintiff requests the Clerk enter Default against Defendant Robert Camargo.

Respectfully submitted,

Dated: October 14, 2026.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify that on October 14, 2026 I served a copy of this filing on each party via the method indicated.

Defendants 3-D TREE SERVICES, INC, Robert Duran, and Robert Camargo will be served via Traditional Mail: 3-D TREE SERVICES, INC at ROBERT DURAN, 2823 E ROSE AVE, ORANGE, CA, 92867-7353; Robert Duran at 2823 E ROSE AVE, ORANGE, CA, 92867-7353; Robert Camargo at 2823 E ROSE AVE, ORANGE, CA, 92867-7353.

Respectfully submitted,

Dated: October 14, 2026.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582